IN THE

## SUPREME COURT OF JUDICATURE

OF THE

## STATE OF INDIANA,

AT CORYDON, NOVEMBER TERM, 1820, IN THE FIFTH YEAR OF THE
STATE.

---

### COUSINS *v.* BRASHIER, in Error.

HELD, that under the statute of 1807, a bond with surety *Tuesday,* must be executed and filed before the issuing of a *foreign* attach- *November 7.* ment, in the same manner as the statute of 1807 requires in cases of *domestic* attachments (1); and that the record of the case must contain a copy of the bond. Ind. Terr. Stat. 1807, p. 62. 469 (2).

(1) The statute of 1817, p. 98, and of 1823, p. 69, expressly require that be- fore the issuing of any writ of *foreign* attachment, a bond with surety must be executed and filed as in cases of *domestic* attachments. For the law respect- ing domestic attachments, vide Ind. Stat. 1823, p. 61.

(2) The affidavit, writ of attachment, and declaration if there be one, should be inserted in the record. *Bond* v. *Patterson,* ante, p. 34. The adver- tisement of the pendency of the attachment, must appear by the record to have been proved. *Foyles* v. *Kelso,* in this Court, *Nov.* term, 1822, post.